[No. 29827-2-III.    Division Three.    September 6, 2012.]

*In the Matter of the Estate of* EARLE T. KAZMARK.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-4-01047-3, Kathleen M. O'Connor, J., entered March 9, 2011. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 30165-6-III.    Division Three.    September 6, 2012.]

LANCE J. GONZALES ET AL., *Appellants*, v. PACIFIC NORTHWEST TITLE COMPANY OF SPOKANE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-03894-3, Tari S. Eitzen, J., entered July 11, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30744-1-III.    Division Three.    September 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC J. LIPP, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-01255-6, Stephen M. Warning, J., entered April 26, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 66233-3-I.    Division One.    September 10, 2012.]

JOHN BOILEAU, *Respondent*, v. SANG RYONG YOO, *Appellant*, ANNA MARIE SECRETO ET AL., *Defendants*, THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-03736-3, Gregory P. Canova, J., entered October 19, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Ellington and Lau, JJ.